

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

**Office of the Warden**

*3301 Leestown Road*
*Lexington, KY 40511-8799*

June 22, 2026

The Honorable Brian C. Lea
United States District Judge
Western District of Tennessee,
Western Division
Odell Horton Federal Building
167 North Main
Memphis, Tennessee 38103

RE:  Name:    WEBBER, Daniel Lee
     Case No.: 2:26-cr-20160
     Reg. No.: 67072-512

Dear Judge Lea:

Your Court Order, dated June 9, 2026, committed Daniel Lee Webber to
a mental health evaluation pursuant to Title 18, United States Code,
Sections 4241 and 4242, to determine his competence to stand trial
and mental status at the time of offense, respectively.  Mr. Webber
arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on
June 18, 2026.  Pursuant to Title 18, United States Code, Section
4247, the evaluation period of 45 days began the day he arrived at
our facility.  Pursuant to Title 18, United States Code, Section
4247, in addition to the 45-day evaluation period, we are
respectfully requesting an extension which would allow us an
additional 30 days to complete the evaluation in order to allow our
clinical staff sufficient time to conduct a thorough evaluation.
Under such a time frame, the evaluation would be completed by
August 31, 2026, and a report would be available to the Court by
September 28, 2026.

If you have any concerns or questions regarding this case, please do
not hesitate to contact myself or the evaluating clinician,
Dr. Kristen McDaniel at (859)255-6812. We respectfully submit this
letter to the Court.

Sincerely,

O. Jones
Acting Warden

